| | | |
|---|---|---|
| **BROWNSVILLE**<br>600 E. HARRISON STREET # 103<br>BROWNSVILLE 78520-7122<br>(956) 548-2522<br><br>**HOUSTON**<br>P. O. BOX 61207<br>HOUSTON 77208<br>(713) 250-5266<br><br>**GALVESTON**<br>P. O. BOX 2670<br>GALVESTON 77553-2670<br>(409) 766-3733<br><br>**LAREDO**<br>1300 VICTORIA, SUITE 2111<br>LAREDO 78040<br>(956) 726-2255 | **UNITED STATES DISTRICT COURT**<br>SOUTHERN DISTRICT OF TEXAS<br>PROBATION OFFICE<br><br>January 17, 2023 | **CORPUS CHRISTI**<br>1133 N. SHORELINE STE. 124<br>CORPUS CHRISTI 78401<br>(361) 888-3145<br><br>**VICTORIA**<br>P. O. BOX 125<br>VICTORIA 77902-0125<br>(361) 579-6640<br><br>**McALLEN**<br>1701 WEST BUSINESS 83, SUITE 729<br>McALLEN 78501-5159<br>(956) 618-8035 |

**REPLY TO:  HOUSTON**

The Honorable Dena Hanovice Palermo
United States Magistrate Judge
U.S. District Court
Houston, Texas

                                                **RE:  ELAWAD, Abubakr Ahmed**
                                                **Case No. 4:22CR365-001**
                                                **Status Report**

Dear Judge Palermo,

ABUBAKR AHMED ELAWAD was released on a $50,000 bond secured by $2,000 cash deposit by Your Honor on August 11, 2022, in Houston, Texas. The release order included the bond condition that the defendant must: 8(p) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

On October 17, 2022, Your Honor issued a bond violator's warrant based on allegations the defendant failed to refrain from the unlawful use of a controlled substance (marijuana) and that he failed to report law enforcement contact, in violation of release conditions. The defendant was arrested on October 19, 2022, and he had an initial appearance on the bond violation before the Court on October 20, 2022. Your Honor ordered the defendant re-released on the same bond conditions. A violation hearing was held on October 31, 2022, wherein the Court amended the conditions of bond to include the defendant attend a residential substance abuse treatment program and continue his bond supervision.

As a part of the Court's amended order noted above, Your Honor also ordered that a status hearing be conducted prior to the defendant's release from inpatient treatment.  He was placed at the Cheyenne Center for up to 45 days on November 14, 2022.  On December 28, 2022, the defendant reported to the Probation Office and stated he had been discharged successfully from the Cheyenne Center, which was verified.

In practice, contracted residential treatment centers are required to provide advanced notification of discharge, be the discharge successful or unsuccessful. The Probation Office received no such notification and has subsequently reached out to the Program Director for explanation as to the breakdown in communication. A response from the Cheyenne Center remains pending as of this writing.

**Recommendation:**

The United States Probation Office respectfully recommends the defendant be allowed to remain on bond. The defendant has been enrolled in outpatient substance abuse treatment with random drug testing to ensure a continuance of treatment care and monitoring for illicit drug use. Assistant U.S. Attorney, Jay Hileman was notified of this matter, and he does not oppose the recommendation.

Re-Arraignment is set for February 3, 2023, before U.S. District Judge Keith P. Ellison.

_____  
Jarrod I. SHAW  
U.S. Probation Officer  
January 13, 2023  
361-563-5749

_____  
Cynthia MCMURRAY-THOMPKINS  
Supervising U.S. Probation Officer

Order of the Court:

☒ The Court concurs with the recommendation to continue bond.

☐ The Court does not concur with the recommendation

☐ Other: _____

_____  
Dena Hanovice Palermo  
United States Magistrate Judge

_____  
Date